UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNELL B. WINGFIELD,

    Plaintiff,

v.                                      Case No. 8:09–cv–01090–T–24–TBM

SOUTH UNIVERSITY OF FLORIDA, INC.,
DORIS PARRISH,

    Defendants.
_____/

## ORDER

Based on Plaintiff's response (Doc. 49) that she does not oppose Defendant Doris Parrish's motion for summary judgment on the defamation claim in Count XI of the Amended Complaint (Doc. 19), the Court for the reasons stated in Defendant's summary judgment motion (Doc. 41) grants summary judgment in favor of Defendant Doris Parrish and against Plaintiff on Count XI of the Amended Complaint.

Accordingly, Defendant's summary judgment motion (Doc. 41) is **GRANTED**.

**ORDERED** in chambers at Tampa, Florida this 7th day of December, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

1